IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY PASSARELLI,

    Petitioner,                    No. CIV S-00-1922 WBS DAD P

    vs.

R. Q. HICKMAN, et al.,

    Respondents.               ORDER

_____/

        This petition for writ of habeas corpus was dismissed on September 27, 2004, and is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On July 26, 2005, petitioner filed a letter asking about the status of his case. Petitioner is advised that all correspondence regarding his case should be directed to the United States Court of Appeals and not to this court. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 7, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:pass1922.o